**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE PRICE, | ) Case No. CV 14-5759-RGK (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Habeas Petition Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 9, 2014

/s/ Gary Klausner
R. GARY KLAUSNER
U.S. DISTRICT JUDGE